UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH TYLER LITTLEFIELD,

           Plaintiff,

   v.

E. ANDERSON,

           Defendant.

Case No. C21-5426-RSL-MLP

ORDER OF DISMISSAL

    Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    Plaintiff's complaint (dkt. # 6), and this action, are dismissed without prejudice.

The Clerk is directed to send copies of this Order to Plaintiff and to Judge Peterson.

Dated this 14th day of September, 2021.

*[signature]*
ROBERT S. LASNIK
United States District Judge